

Clyde & Co US LLP
200 Campus Drive
Suite 300
Florham Park, NJ 07932
United States
Telephone: +1 973 210 6700
Facsimile: +1 973 210 6701
www.clydeco.com

Timothy A. Carroll
Timothy.Carroll@clydeco.us
Direct Line: 973 210 6731

January 26, 2021

**VIA ELECTRONIC COURT FILING**
Hon. William J. Martini, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE:** ***Wyckoff Properties, LP, et al. v. Selective Insurance Company, et al.***
**U.S.D.C., D.N.J., No. 2:21-cv-00238-WJM-MF**

**JOINT REQUEST TO ENTER CONSENT ORDER DISMISSING CLAIMS BY ALL PLAINTIFFS (EXCEPT TASTE BUDS) AS AGAINST DEFENDANT, AMERICAN ZURICH INSURANCE COMPANY**

Dear Judge Martini:

My office represents Defendant, American Zurich Insurance Company ("Zurich"), in the above-referenced insurance-coverage action, recently removed from the Superior Court of New Jersey, Bergen County (No. BER-L-007036-20).

According to the complaint (ECF 1, pp. 9–27), seven restaurants seek insurance coverage from four insurance companies, including Zurich, for business-income losses the restaurants allegedly sustained as a result of SARS-CoV-2 virus-related governmental orders affecting the restaurants' operations. The complaint is phrased as "the Restaurants" versus "the Insurers." ECF 1, pp. 9–10. However, as the complaint alleges, the only plaintiff that has an insurance policy issued by Zurich is Taste Buds LLC d/b/a The Mason Jar ("Taste Buds"). ECF 1, p. 14, ¶ 38.

Attorney Francis Crotty, who represents Taste Buds and the six other restaurants, has confirmed that only Taste Buds is making claims against Zurich based on the insurance policy that Zurich issued to Taste Buds. The other six restaurants, Mr. Crotty confirmed, are not making any claims against Zurich because they do not have a Zurich insurance policy.



To improve the clarity of the complaint, and to avoid any motion practice, we enclose with this letter a proposed Consent Order, as agreed by Plaintiffs, that dismisses all claims made by the other six restaurants (not Taste Buds) as against Zurich, for the Court's consideration. Respectfully, we request that the Court enter the Consent Order.

Very truly yours,

*s/ Timothy A. Carroll*

Enclosure (proposed Consent Order)

cc: Francis Crotty, Esquire
fcrotty@lawflnj.com
*Counsel for Plaintiffs*

Susan M. Leming, Esquire
sleming@brownconnery.com
*Counsel for Defendant, Berkshire Hathaway Guard Insurance Company*

Patrick F. Hofer, Esquire (Admission Request Forthcoming)
patrick.hofer@clydeco.us
Jared Clapper, Esquire (Admission Request Forthcoming)
jared.clapper@clydeco.us
*Counsel for Defendant, American Zurich Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WYCKOFF PROPERTIES, LP, D/B/A ALDO'S PANE & VINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | **Civil Action No. 2:21-cv-00238-WJM-MF**<br><br>**CONSENT ORDER** |

Upon review of the joint request by Plaintiffs and Defendant, American Zurich Insurance Company ("Zurich"), and based on the agreement of Plaintiffs and Zurich,

**IT IS** this _______ day of __________________, 2021,

**ORDERED** that all claims made by Plaintiffs, Wyckoff Properties, LP, d/b/a Aldo's Pane & Vino, Wyckoff Inn Ltd d/b/a The Brick House, Cenzino Ristorante, d/b/a Cenzino's, Elan Caterers LLC, Que Pasta LLC, and The Franklin Lakes Country Café LLC, as against Zurich, are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT

______________________________
Hon. William J. Martini, U.S.D.J.