# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

February 1, 2021

**Via ECF**
Attn: FINANCE DEPT.
Clerk U.S. District Court of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street – Courtroom 4B
Newark, NJ 07101

  Re: Wyckoff Properties, LP d/b/a Aldo's Pane & Vino et al. v
    Berkshire Hathaway Guard Insurance Company
    Civil Action No.: 2:21-cv-00238-WJM-MF

Dear Sir/Madam:

  We represent Defendant Berkshire Hathaway Guard Insurance Company in the above captioned matter. We are writing to request a refund of payment.

  On January 6, 2021 a Notice of Removal was electronically filed on behalf of Defendant Berkshire Hathaway Guard Insurance and a filing fee payment was submitted in the amount of $402 bearing receipt number ANJDC-11934212 as listed on the docket. A duplicate charge was processed that same day in the amount of $402.00 bearing receipt number ANJDC-11934176. A copy of the duplicated payment email receipt from pay.gov is attached.

  We thank the Court for its time and attention to this matter.

           Very truly yours,

           **BROWN & CONNERY, LLP**

           *s/ Susan M. Leming*

           Susan M. Leming

Enclosure

7BX5095

| | |
|---|---|
| **From:** | Susan Leming |
| **Sent:** | Wednesday, January 6, 2021 6:15 PM |
| **To:** | Kimberly Murchison |
| **Subject:** | Fwd: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Sent:** Wednesday, January 6, 2021 6:08:31 PM
**To:** Susan Leming <sleming@brownconnery.com>
**Subject:** Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT

*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender.*

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

    Account Number: 5449162
    Court: NEW JERSEY DISTRICT COURT
    Amount: $402.00
    Tracking Id: ANJDC-11934176
    Approval Code: 121526
    Card Number: ************3017
    Date/Time: 01/06/2021 06:08:30 ET

    Person Completing Transaction: Susan M. Leming
    Attorney Name: Susan M. Leming
    Attorney Email: sleming@brownconnery.com

NOTE: This is an automated message. Please do not reply