# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

February 10, 2021

**VIA CM/ECF ONLY**
Honorable William J. Martini, U.S.D.J.
U.S. District Court of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street – Courtroom 4B
Newark, NJ 07101

> Re:  Wyckoff Properties, LP  d/b/a Aldo's Pane & Vino et al. v
>      Berkshire Hathaway Guard Insurance Company
>      Civil Action No.:  2:21-cv-00238-WJM-MF

Dear Judge Martini:

We represent Defendant Berkshire Hathaway Guard Insurance Co. ("Guard") in the above captioned matter.

On January 23, 2021, Plaintiffs' counsel informed Guard that the attached Notice of Dismissal of all claims by Cenzino Ristorante, LLC d/b/a Cenzino's ("Cenzino") against Guard was submitted to the Court.  *See* Exhibit A (letter from Francis P. Crotty).  As this Notice of Dismissal does not appear on the Court's docket, we enclose it with this letter.

In addition, the Parties have agreed to the enclosed Consent Order clarifying that all claims against Guard in this matter are dismissed.  *See* Exhibit B.  Accordingly, the Parties respectfully request that Your Honor so order the enclosed Consent Order.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/ Susan M. Leming*

Susan M. Leming

Enclosures
cc:  Francis P. Crotty, Esq. (w/enclosures)

7C71555