# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| WYCKOFF PROPERTIES, LP D/B/A ALDO'S PANE & VINO, WYCKOFF INN LTD, T/A THE BRICK HOUSE, TASTE BUDS, LLC D/B/A THE MASON JAR, CENZINO RISTORANTE LLC, D/B/A CENZINO'S ELAN CATERERS, LLC, QUE PASTA, LLC & FRANKLIN LAKES COUNTRY CAFÉ, LLC,<br><br>**Plaintiff**,<br><br>*v.*<br><br>SELECTIVE INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY & HARLEYSVILLE INSURANCE COMPANY<br><br>**Defendant**. | Civil Action No. 2:21-cv-00238-WJM-MF<br><br><br>**CONSENT ORDER** |

Upon review of the joint request by Plaintiffs and Defendant, Berkshire Hathaway GUARD Insurance Company ("GUARD"), and based on the agreement of Plaintiffs and GUARD,

**IT IS** this _____ day of _____, 2021,

**ORDERED** that all claims made by Plaintiffs, Wyckoff Properties, LP, d/b/a Aldo's Pane & Vino, Wyckoff Inn Ltd d/b/a The Brick House, Taste Buds, LLC d/b/a The Mason Jar, Elan Caterers LLC, Que Pasta LLC, and The Franklin Lakes County Café LLC, as against GUARD, are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT

_____
Hon. William J. Martini, U.S.D.J.