UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| WYCKOFF PROPERTIES, LP D/B/A ALDO'S PANE & VINO, WYCKOFF INN LTD, T/A THE BRICK HOUSE, TASTE BUDS, LLC D/B/A THE MASON JAR, CENZINO RISTORANTE LLC, D/B/A CENZINO'S ELAN CATERERS, LLC, QUE PASTA, LLC & FRANKLIN LAKES COUNTRY CAFÉ, LLC,<br><br>**Plaintiff**,<br><br>*v.*<br><br>SELECTIVE INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY & HARLEYSVILLE INSURANCE COMPANY<br><br>**Defendant**. | Civil Action No. 2:21-cv-00238-WJM-MF<br><br>**CONSENT ORDER** |

Upon review of the joint request by Plaintiffs and Defendant, Berkshire Hathaway GUARD Insurance Company ("GUARD"), and based on the agreement of Plaintiffs and GUARD,

IT IS this 11th day of February, 2021,

**ORDERED** that all claims made by Plaintiffs, Wyckoff Properties, LP, d/b/a Aldo's Pane & Vino, Wyckoff Inn Ltd d/b/a The Brick House, Taste Buds, LLC d/b/a The Mason Jar, Elan Caterers LLC, Que Pasta LLC, and The Franklin Lakes County Café LLC, as against GUARD, are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT

_____
Hon. William J. Martini, U.S.D.J.