UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WYCKOFF PROPERTIES, LP, D/B/A ALDO'S PANE & VINO**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **SELECTIVE INSURANCE COMPANY**, *et al.*, <br><br> **Defendant.** | Civil Action No. 2:21-cv-00238-WJM-MF <br><br><br> **ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

      Upon review of the joint request by all parties to adjourn all pending motions [ECF 9 & 11] and the forthcoming motion to dismiss by Defendants Harleysville Insurance Company, Harleysville Preferred Insurance Company and Harleysville Insurance Company of New Jersey i/p/a collectively as "Harleysville Insurance Company" ("Harleysville Defendants"), to the April 19, 2021 Motion Day, **IT IS** on this 2nd day of March, 2021, **ORDERED** as follows:

1. The Harleysville Defendants shall file and serve a motion to dismiss no later than March 26, 2021;
2. All parties shall file and serve any briefs in opposition to any pending motion, including any motion to dismiss filed by the Harleysville Defendants, no later than April 5, 2021;
3. All parties shall file and serve and reply briefs in support of any of their respective pending motions no later than April 12, 2021;
4. The Motion Day for all motions pending as of March 26, 2021 shall be April 19, 2021.

                                                           */s/ William J. Martini* <br>
                                                        **WILLIAM J. MARTINI, U.S.D.J.**