## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYCKOFF PROPERTIES, LP, D/B/A ALDO'S PANE & VINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Civil Action No. 2:21-cv-00238-WJM-MF <br><br> **CONSENT ORDER** |

Upon review of the request submitted by Timothy A. Carroll, Esq. ("movant") on behalf of Defendant, American Zurich Insurance Company ("Zurich"), for the admission *pro hac vice* of Patrick F. Hofer and Jared K. Clapper (together "Counsel") to serve as counsel for Zurich in the above-referenced action, with the consent of all parties heretofore appearing in this action,

**IT IS** this 2nd day of March 2021,

**ORDERED** that, the application for admission *pro hac vice* of Counsel is granted; and it is further

**ORDERED** that, Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court; and it is further

**ORDERED** that, movant shall (a) remain attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be

deemed sufficient service upon Counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and it is further

**ORDERED** that, Counsel shall each make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which Counsel represents the client in this matter; and it is further

**ORDERED** that, Counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

BY THE COURT

s/Mark Falk
Hon. Mark Falk, U.S. Magistrate Judge