## SMITH, CROTTY, MEYER & BRUINS
ATTORNEYS AT LAW
851 FRANKLIN LAKE ROAD
FRANKLIN LAKES, NEW JERSEY 07417-2242

WILLIAM T. SMITH (NJ & NY BARS)                                                             TEL  201 891-1900
FRANCIS P. CROTTY                                                                            FAX  201 891-8817

GORDON D. MEYER (RET'D.)                                                      wsmith@lawflnj.com
DAVID R. BRUINS                                                                              fcrotty@lawflnj.com
 OF COUNSEL                                                                                   dbruins@lawflnj.com

Hon. William J. Martini, U.S.D.J.(*via Pacer*)                March 5, 2021
United States District Court
District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street – Room 4076
Newark, N.J. 07101

                      Re: Wyckoff Properties, LP, et al. v. Selective Insurance Co., et al.
                          U.S.D.C., D.N.J., No. 2:21-cv-00238-WJM-MF

Dear Judge Martini:

       I represent the Plaintiffs in the above-entitled matter.

       On February 24, 2021, I filed a Brief in Opposition to the Motion to Dismiss filed on behalf of Zurich American Insurance Company. As submitted, the brief was not in compliance with the U.S.D.C.N.J. Rules regarding the length and formatting of briefs.

       I apologize for my mistake in not submitting this request prior to the filing of my brief. However, I wish to make the request now for permission to file the non-compliant brief which was dated February 24th. The matter in question involves complex insurance coverage issues, many of which are of first impression, not only in New Jersey but nationwide. There are opinions and decisions being handed down on issues very similar to and/or bearing upon the issues in this case every week which the parties in this case have to address. I will certainly not object to any request by my adversaries in this litigation to submit briefs which are longer than normally permitted by local Rule.

       Thank you for your consideration of the above.

                                                             Respectfully submitted,
                                                             Smith, Crotty, Meyer & Bruins

                                                             By: Francis P. Crotty

FPC/lo
cc: Hon. Mark Falk *(via Pacer)*
     Timothy Carroll, Esq. *(Timothy.Carroll@clydeco.us)*
     Susan M. Leming, Esq. *(sleming@brownconnery.com)*
     Patrick F. Hofer, Esq. *(patrick.hofer@clydeco.us)*
     Jared Clapper, Esq. *(jared.clapper@clydeco.us)*
     Patrick J. Mulqueen, Esq. *(pmulqueen@goldbergsegalla.com)*