**Francis P. Crotty**
**ID #017761975**
**SMITH, CROTTY, MEYER & BRUINS**
851 Franklin Lake Road - Suite 101
Franklin Lakes, New Jersey  07417
(201) 891-1900
(201) 891-8817 fax
fcrotty@lawflnj.com

| | |
|---|---|
| WYCKOFF PROPERTIES, LP, D/B/A ALDO'S PANE & VINO, WYCKOFF INN LTD, T/A THE BRICK HOUSE, TASTE BUDS, LLC D/B/A THE MASON JAR, ELAN CATERERS, LLC, QUE PASTA, LLC & FRANKLIN LAKES COUNTRY CAFÉ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY & HARLEYSVILLE INSURANCE COMPANY,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF<br>NEW JERSEY<br><br>U.S.D.C., D.N.J.,<br>No. 2:21-cv-00238-WJM-MF<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Wyckoff Properties, LP, D/B/A Aldo's Pane & Vino, Wyckoff Inn Ltd., T/A The Brick House, Taste Buds, LLC, D/B/A The Mason Jar, Elan Caterers, LLC, Que Pasts, LLC and Franklin Lakes Country Café, LLC and or their counsel, hereby give notice that Count II for breach of contract in above-captioned action is voluntarily dismissed, without prejudice against the defendants Selective Insurance Company, American Zurich Insurance Company and Harleysville Insurance Company.

Date: April 8, 2021

_____
Signature of plaintiffs or plaintiff's counsel

851 Franklin Lake Road – Suite 101
*Address*

Franklin Lakes, NJ  07417
*City, Sate & Zip Code*

(201) 891-1900
*Telephone Number*