## SMITH, CROTTY, MEYER & BRUINS
ATTORNEYS AT LAW
851 FRANKLIN LAKE ROAD
FRANKLIN LAKES, NEW JERSEY 07417-2242

WILLIAM T. SMITH (NJ & NY BARS)
FRANCIS P. CROTTY

GORDON D. MEYER (RET'D.)
DAVID R. BRUINS
 OF COUNSEL

TEL  201 891-1900
FAX  201 891-8817

wsmith@lawflnj.com
fcrotty@lawflnj.com
dbruins@lawflnj.com

May 14, 2021

Hon. William J. Martini, U.S.D.J.(*via Pacer*)
Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street – Room 4076
Newark, N.J. 07101

Re: Wyckoff Properties, LP, et al. v. Selective Insurance Co., et al.
U.S.D.C., D.N.J., No. 2:21-cv-00238-WJM-MF

Dear Judge Martini and Judge Falk:

My firm represents all of the Plaintiffs in this action.

On May 12th, following the conference call with Judge Falk, the attorneys for American Zurich sent a letter to Your Honors seeking to join in the Harleysville of Pennsylvania Motion to Sever. If the Court sees fit to accept this application, made weeks after the date permitted by the Court's scheduling Order, we respectfully request that this Court apply all the arguments made in our Brief submitted in opposition to Harleysville Motion to Sever dated April 5, 2021 to the Zurich Motion.

We thank the Court for its consideration of the above.

Respectfully submitted,
Smith, Crotty, Meyer & Bruins

By: Francis P. Crotty

FPC/lo