UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
------------------------------X
WYCKOFF PROPERTIES, LP, et al,

        Plaintiff,                       2:21-CV-00238 WJM

v.
                                          O R D E R
BERKSHIRE HATHAWAY GUARD INS.,
CO., et al,

        Defendants.
------------------------------X
```

A Report and Recommendation was filed on July 27, 2021 recommending that Plaintiff's motion to remand (ECF#11) be granted.

The parties were notified that they had fourteen (14) days to submit objections pursuant to Local Rule 72.1 (c)(2); no objection or responses having been received by the Court and the Court having reviewed the Report and Recommendation, and for good cause shown;

It is on this 11th day of August, 2021

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand this case to the Superior Court of Bergen County is **GRANTED.**


                                    s/William J. Martini

                                    _____

                                    WILLIAM J. MARTINI, U.S.D.J.